**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**BERNELL R LEWIS #705115**                    **CASE NO. 1:17-CV-00171 SEC P**

**VERSUS**                                                  **JUDGE TRIMBLE**

**LASALLE CORRECTIONS**                  **MAGISTRATE JUDGE PEREZ-MONTES**
**CORP ET AL**

**MEMORANDUM ORDER**

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this ___14th___ day of ___March___, 2017.

 

 

Joseph H. L. Perez-Montes
United States Magistrate Judge